IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SLIPPERY ROCK AREA
SCHOOL DISTRICT, individually and on
behalf of those similarly situated

        Plaintiff,                        Civil Action No.: 2:15-cv-01020-JFC

vs.

TREMCO, INC., WEATHERPROOFING
TECHNOLOGIES, INC., and RPM
INTERNATIONAL, INC.

        Defendants.

### MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE* FOR N. SCOTT CARPENTER

COMES NOW, D. Aaron Rihn, counsel for Plaintiff, SLIPPERY ROCK AREA SCHOOL DISTRICT, on its own behalf and as a Class Representative on behalf of all similarly situated persons and entities, and respectfully submits the following Verified Motion for Admission to Appear *Pro Hac Vice* on behalf of N. Scott Carpenter, Movant herein, and in support of his admission *pro hac vice*, represents:

1. Movant is not a resident of the State of Pennsylvania.

2. Movant is not current or an inactive member of the Pennsylvania Bar.

3. Movant is an attorney and partner in the law firm Carpenter & Schumacher, P.C. with an office located at 2701 Dallas Parkway, Suite 570, Plano, Texas 78093 (Telephone No.: (972) 403-1133).

4. Movant is an active member in good standing and is currently eligible to practice law in Texas with bar number 00790428.

5. There are no disciplinary actions pending against Movant, and Movant has never been subject to any disciplinary, suspension, or disbarment proceedings.

6. Movant, either by resignation, withdrawal, or otherwise, has never terminated or attempted to terminate Movant's office as an attorney in order to avoid administrative, disciplinary, suspension, or disbarment proceedings.

7. Counsel of record associated with Movant in this matter is D. Aaron Rihn, who is an active member in good standing of the Pennsylvania Bar (Pa. I.D. No. 85752), and an attorney in the law firm of Robert Peirce & Associates, P.C. located at 707 Grant Street, Suite 2500, Pittsburgh, PA 15219.

8. Movant hereby certifies that he is a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

9. Movant hereby certifies he has read, knows, and understands the Local Rules of Court for the Western District of Pennsylvania.

WHEREFORE, Movant respectfully requests permission to appear in this Court for this cause only.

Dated: October 7, 2015

Respectfully submitted,

ROBERT PEIRCE & ASSOCIATES, P.C.

*/s/ D. Aaron Rihn*
D. AARON RIHN, ESQUIRE
Pennsylvania Bar No. 85752
707 Grant Street, Suite 2500
Pittsburgh, PA 15219
Telephone: (412) 281-7229
Facsimile: (412) 281-4229

MEDURE BONNER BELLISSIMO PEIRCE & DALEY

*/s/ Jason Medure*
JASON MEDURE
Pennsylvania Bar No. 90976

*/s/ Michael Bonner*
MICHAEL BONNER
Pennsylvania Bar No. 86023
22 North Mill Street
New Castle, PA 16101
Telephone: (724) 653-7855
Facsimile: (724) 202-7918


CARPENTER & SCHUMACHER, P.C.

*/s/ N. Scott Carpenter*
N. SCOTT CARPENTER (pending pro hac vice)
Texas Bar No. 00790427
REBECCA BELL-STANTON (pending pro hac vice)
Texas Bar No. 24026795
Parkway Centre IV
2701 N. Dallas Parkway, Suite 570
Plano, Texas 75093
Telephone: (972) 403-1133
Facsimile: (972) 403-0311

BELLISSIMO & PEIRCE

*/s/ Joseph S. Bellissimo*
JOSEPH S. BELLISSIMO
Pennsylvania Bar No. 70897
22 North Mill Street
New Castle, PA 16101
Telephone: (724) 758-5544
Facsimile: (724) 752-9522

ATTORNEYS FOR THE PLAINTIFF AND CLASS MEMBERS

3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SLIPPERY ROCK AREA
SCHOOL DISTRICT, individually and on
behalf of those similarly situated

       Plaintiff,                     Civil Action No.: 2:15-cv-01020-JFC

vs.

TREMCO, INC., WEATHERPROOFING
TECHNOLOGIES, INC., and RPM
INTERNATIONAL, INC.

       Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by the Court's CM/ECF system on this 7th day of October 2015 and can be downloaded by all counsel of record.

                                            By:     /s/ D. Aaron Rihn
                                                    D. AARON RIHN, ESQUIRE
                                                    Counsel for Plaintiff