IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SLIPPERY ROCK AREA SCHOOL DISTRICT, individually and on behalf of those similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**TREMCO INCORPORATED, WEATHERPROOFING TECHNOLOGIES, INC., and RPM INTERNATIONAL INC.,**<br><br>Defendants. | Civil Action No.: 2:15-cv-01020-JFC<br><br>Judge Joy Flowers Conti |

## MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN J. MURRAY AS ADDITIONAL COUNSEL FOR DEFENDANTS

Brian J. Murray moves to be admitted to appear and practice in this Court in this action as counsel *pro hac vice* for defendants Tremco Incorporated, Weatherproofing Technologies, Inc., and RPM International Inc. pursuant to LCvR 83.2, LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151). If admitted, Mr. Murray will join the other lawyers from his firm who have appeared in this action on behalf of the referenced defendants and who are admitted to the Pennsylvania bar and the bar of this Court.

Mr. Murray's declaration, which addresses and satisfies the requirements of the foregoing Local Rules and Standing Order, is attached.

Respectfully submitted,

*/s/ Brian J. Murray*
Brian J. Murray (IL. I.D. No. 6272767)
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL  60601-1692
Ph:  (312) 782-3939
Fx:  (312) 782-8585
Email:  bjmurray@jonesday.com

Roy A. Powell (Pa. I.D. No. 37487)
James M. Jones (Pa. I.D. No. 81295)
David M. Belczyk (Pa. I.D. No. 204214)
Katelyn M. Matscherz (Pa. I.D. No. 308922)
Jones Day
500 Grant Street, Suite 4500
Pittsburgh, PA  15219
Ph:  (412) 391-3939
Fx:  (412) 394-7959
Email:  rapowell@jonesday.com
          jmjones@jonesday.com
          dbelczyk@jonesday.com
          kmatscherz@jonesday.com

Attorney for Defendants Tremco Incorporated, Weatherproofing Technologies, Inc., and RPM International Inc.

Dated:  October 27, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2015, a true and correct copy of the foregoing document was served upon counsel of record via the ECF electronic filing system:

*/s/ Brian J. Murray*
One of the Attorneys for Defendants

NAI-1500595254v2